No. 21. VIRGINIAN RY. CO. *v.* CHAMBERS;
No. 22. SAME *v.* FITZGERALD; and
No. 23. SAME *v.* HYLTON.
Argued October 21, 1931. Decided October 26, 1931. *Per Curiam:* Judgments affirmed by a divided court. *Mr. John R. Pendleton,* with whom *Mr. W. H. T. Loyall* was on the brief, for petitioner. *Messrs. Russell S. Ritz* and *Grover C. Worrell* for respondents.